UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH AMMONS,

    Plaintiff,

v.

SCOTT LIGHT, *et al.*,

    Defendants.

CASE NO. 3:19-cv-5028-RBL-JRC

ORDER DIRECTING DEFENDANTS TO PROVIDE ADDRESSES UNDER SEAL

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. *See* Dkt. 2. Plaintiff is proceeding *pro se* and *in forma pauperis*. *See* Dkt. 5.

On April 18, 2019, the undersigned directed service of the amended complaint on defendants by e-mail. Dkt. 9. An attorney entered a notice of appearance for twelve of the eighteen defendants, and those defendants returned service waivers. *See* Dkts. 10–22. In addition, the attorney general's office provided notice to the Court that it was "unable to identify" defendants Fehrenbach, Mac, Monson, or Suresh "as current State of Washington

employees." Dkt. 23, at 1.  The attorney general's office further stated that defendants Fehrenbach and Suresh are "radiologists in private practice who receive x-rays from the Department [of Corrections] and provide readings of these x-rays."  Dkt. 23, at 1.

It is unclear from the attorney general's office's notice whether certain of these four defendants are former—rather than current—state employees and whether the Department possesses any of these four unserved defendants' last known addresses.  Therefore, if defendants are in possession of the last known business or residential addresses of defendants Fehrenbach, Mac, Monson, or Suresh, defendants are ordered to submit such address(es) to the Court **under seal on or before June 7, 2019**, so that the Clerk may attempt to effect service by mail.

This solution alleviates two concerns involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state, and (2) the reality of prisoners getting the "runaround" when they are attempting to access information through the government.  *See Sellers v. United States*, 902 F.2d 598, 602–603 (7th Cir. 1990).  Defendants Fehrenbach, Mac, Monson, and Suresh may also satisfy this order by filing a waiver and by having counsel enter a notice of appearance on each defendant's behalf.  All service documents with said address(es) shall also be filed under seal.

Dated this 22nd day of May, 2019.

J. Richard Creatura
United States Magistrate Judge