UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH AMMONS,

        Plaintiff,

v.

SCOTT LIGHT, *et al.*,

        Defendants.

CASE NO. 3:19-cv-5028-RBL-JRC

ORDER TO SHOW CAUSE WHY PERSONAL SERVICE SHOULD NOT BE EFFECTED

    This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff proceeds *pro se* and *in forma pauperis*. *See* Dkts. 5, 8.

    On April 18, 2019, this Court directed service of plaintiff's complaint on 18 named defendants, including the Department of Corrections ("DOC"). *See* Dkt. 9. The Court directed that each defendant be sent a waiver of service and instructed that defendants who failed to waive service within 30 days would be personally served, at their own expense. *See* Dkt. 9, at 2.

    Although most of the defendants timely returned service waivers, defendant DOC failed to do so. No attorney has entered an appearance for defendant DOC, either.

The Court has no jurisdiction over defendant DOC until it has been properly served under Federal Rule of Civil Procedure 4. *Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988). Under Rule 4(c)(2), the Court may order that service be made by a United States marshal. However, in this district, the marshals do not attempt personal service upon a defendant unless mail service is unavailing. *See* Local Rule 4(c).

As such, the Court **ORDERS** defendant DOC to show cause by **June 21, 2019**, why it should not be personally served at its own expense for failure to file a service waiver. Defendant DOC may satisfy this show-cause order by filing a waiver and by having counsel enter a notice of appearance on its behalf and indicate whether it joins in any pleadings or pending motions.

Dated this 5th day of June, 2019.

J. Richard Creatura
United States Magistrate Judge