UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH AMMONS,

          Plaintiff,

v.

SCOTT LIGHT, *et al.*,

          Defendants.

CASE NO. 3:19-cv-5028-RBL-JRC

ORDER DIRECTING DEFENDANTS TO PROVIDE ADDRESS UNDER SEAL

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. *See* Dkt. 2. Plaintiff is proceeding *pro se* and *in forma pauperis*. *See* Dkt. 5.

On April 18, 2019, the undersigned directed service of the amended complaint on defendants by e-mail. Dkt. 9. Although the deadline in which to file a service waiver has passed, defendant Luciano Figueroa, whom plaintiff identifies as someone who allegedly "performed X-rays" (Dkt. 8, at 4), has not filed a service waiver or taken any other action in this matter. The Court notes that plaintiff gave the same address for defendant Figueroa as for other

| | |
|---|---|
| 1 | defendants—Stafford Creek Corrections Center.  *See* Dkt. 6, at 26.  The Court further notes that |
| 2 | it has already ordered defendants to provide the last known addresses under seal for individual |
| 3 | defendants who performed x-rays.  *See* Dkt. 25. |
| 4 | Therefore, if defendants are in possession of the last known business or residential |
| 5 | addresses of defendant Figueroa, defendants are ordered to submit such address(es) to the Court |
| 6 | **under seal on or before June 21, 2019**, so that the Clerk may attempt to effect service by mail. |
| 7 | This solution alleviates two concerns involving prisoner litigation: (1) the security risks |
| 8 | inherent in providing prisoners with addresses of people formerly employed by the state, and (2) |
| 9 | the reality of prisoners getting the "runaround" when they are attempting to access information |
| 10 | through the government.  *See Sellers v. United States*, 902 F.2d 598, 602–603 (7th Cir. 1990). |
| 11 | Defendant Figueroa may also satisfy this order by filing a waiver and by having counsel enter a |
| 12 | notice of appearance on this defendant's behalf.  All service documents with said address(es) |
| 13 | shall also be filed under seal. |
| 14 | Dated this 5th day of June, 2019. |

J. Richard Creatura
United States Magistrate Judge