UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH AMMONS,

    Plaintiff,

v.

SCOTT LIGHT, *et al.*,

    Defendants.

CASE NO. 3:19-cv-05028-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. This matter is dismissed with prejudice, and the case is closed. Plaintiff's *in forma pauperis* status is revoked for any appeal.

(2) The Clerk shall send copies of this order to plaintiff and Judge Creatura.

Dated this 16th day of March, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1